QUIN DENVIR, Bar #49374
Federal Defender
LINDA HARTER, Bar # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TIMOTHY TIPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-0500 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| TIMOTHY TIPTON, ) | Date: February 28, 2006 |
| ) | Time: 9:30 A.M. |
| ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

_____

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current trial confirming hearing date of January 4, 2006 and the jury trial date of January 18, 2006 be vacated and the following briefing schedule be set:

Defense briefs due:    January 23, 2006
Government's response due:  February 13, 2006
Defense reply due:    February 20, 2006
Motions hearing:    February 28, 2006

    It is further stipulated and agreed between the parties that the period beginning January 4, 2006 to February 28, 2006, should be

1  excluded in computing the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial Act
3  for defense preparation.  All parties stipulate and agree that this is
4  an appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
6  of justice to be served by a continuance outweigh the best interests of
7  the public and the defendant in a speedy trial.
8  Dated: December 22, 2005

                                         Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Defender


                                                /S/LINDA HARTER_____
                                         LINDA HARTER
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         TIMOTHY TIPTON


                                         MCGREGOR W. SCOTT
                                         United States Attorney

Dated: December 22, 2005
                                         BY:     /S/ROBIN TAYLOR_____
                                         ROBIN TAYLOR
                                         Assistant U.S. Attorney

Stipulation and order/Darren McWaine\Cr-S-05-402

1  excluded in computing the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial Act
3  for defense preparation.  All parties stipulate and agree that this is
4  an appropriate exclusion of time within the meaning of Title 18, United
5  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends
6  of justice to be served by a continuance outweigh the best interests of
7  the public and the defendant in a speedy trial.
8  Dated: December 22, 2005

                                         Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Defender


                                                /S/LINDA HARTER_____
                                         LINDA HARTER
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         TIMOTHY TIPTON


                                         MCGREGOR W. SCOTT
                                         United States Attorney

Dated: December 22, 2005
                                         BY:     /S/ROBIN TAYLOR_____
                                         ROBIN TAYLOR
                                         Assistant U.S. Attorney

Stipulation and order/Darren McWaine\Cr-S-05-402

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: January 3, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
District Court Judge

Stipulation and order/Tipton/05-500 LKK