```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   MATTHEW D. SEGAL
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-05-500 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| v. | ) MOTION SCHEDULE |
| TIMOTHY RAY TIPTON, | ) Date: |
|  | ) Time: 9:30 a.m. |
|  | ) Hon.  Lawrence K. Karlton |
| Defendant. | ) |

On January 23, 2006, defendant Timothy Tipton, by and through counsel, Linda Harter, filed a motion to suppress evidence. The United States of America, by and through Assistant U.S. Attorney, Robin R. Taylor, and the defendant hereby AGREE AND STIPULATE to modify the motion schedule as follows:

| Matter | Revised Date |
|---|---|
| Defendants' Motions filed | 1/23/2006 |
| Government's Opposition due | 3/6/2006 |
| Defendants' Reply due | 3/13/2006 |
| Hearing Date | 3/21/2006 |

///

1

1  Time has been excluded pursuant to stipulation through
2  February 28, 2006. Based on the pending motions, the parties
3  move that time shall further be excluded under the Speedy Trial
4  Act through the resolution of the motions. Defense counsel
5  represents that she has discussed the proposed continuance with
6  her client; that her client is in favor of it; and that her
7  client approves of it. The defendant is in custody.

DATED: February 9, 2006          McGREGOR W. SCOTT
                                 United States Attorney

                                 By:/s/ Robin R. Taylor
                                 ROBIN R. TAYLOR
                                 Assistant U.S. Attorney


DATED: February 9, 2006          By:/s/ Linda Harter
                                 LINDA HARTER, AFD
                                 Attorney for defendant

_____

ORDER

IT IS SO ORDERED.


DATED: February 10, 2006
                                 /s/ Lawrence K. Karlton
                                 HON. LAWRENCE K. KARLTON
                                 U.S. DISTRICT JUDGE