MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05-500 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE SCHEDULE FOR |
| | ) | BRIEFING AND HEARING ON |
| | ) | DEFENDANT'S MOTION TO |
| TIMOTHY RAY TIPTON, | ) | SUPPRESS |
| | ) | |
| Defendant. | ) | |

The parties stipulate and agree that the schedule for the Defendant's Motion to Suppress should be revised and set as follows:

    March 21, 2006    United States files Response

    March 28, 2006    Defendant files Reply

    April 4, 2006    Non-Evidentiary Hearing

The parties request that this matter be taken off the Court's March 21, 2006 calendar. Time should continue to be

//
//
//
//
//

1

excluded as the Defendant's Motion to Suppress is filed and unresolved.  18 U.S.C. § 3161(h)(1)(F).

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
United States Attorney

DATE: March 16, 2006          By:  /s/ Matt Segal
                                      MATTHEW D. SEGAL
Assistant U.S. Attorney

DATE: March 16, 2006              /s/ Linda Harter
                                      LINDA HARTER
Counsel for Timothy Tipton

**SO ORDERED.**

DATE: March 17, 2006

                                      /s/ Lawrence K. Karlton
HON. LAWRENCE K. KARLTON
Senior, U.S. District Judge