```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
TIMOTHY TIPTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0500 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| TIMOTHY TIPTON, | Date: April 18, 2006 |
| | Time: 9:30 A.M. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal Defender, attorney for defendant, that the current briefing schedule be vacated and the following briefing schedule be set:

```
Defense reply due:  April 11, 2006
Motions hearing:    April 18, 2006
```

It is further stipulated and agreed between the parties that the period beginning March 28, 2006 to April 18, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: March 28, 2006

                                                          Respectfully submitted,

                                                          DANIEL BRODERICK
                                                          Acting Federal Defender

                                                          _____/S/LINDA HARTER_____
                                                          LINDA HARTER
                                                          Chief Assistant Federal Defender
                                                          Attorney for Defendant
                                                          TIMOTHY TIPTON

                                                          MCGREGOR W. SCOTT
                                                          United States Attorney

Dated: March 28, 2006

                                                    BY:  _/s/ MATTHEW SEGAL_
                                                            MATTHEW SEGAL
                                                           Assistant U.S. Attorney

Stipulation and order/Tipton\Cr-S-05-500

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: March 30, 2006

/s/ Lawrence K. Karlton
HONORABLE LAWRENCE K. KARLTON
District Court Judge

Stipulation and order/Tipton/05-500 LKK