```
 1  DANIEL BRODERICK, Bar #89424
    Acting Federal Defender
 2  LINDA HARTER, Bar # 179741
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    TIMOTHY TIPTON
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-05-0500 LKK |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| TIMOTHY TIPTON, | ) | Date: June 16, 2006 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the evidentiary hearing date of May 25, 2006 be vacated and reset for evidentiary hearing on June 16, 2006 at 9:30 a.m.

This continuance is requested because defense counsel has recently received discovery from the government which has been in the possession of law enforcement. Counsel is attempting to make contact with her expert to set up a time to review this discovery and make a determination as to whether the expert's testimony will be required.

Time need not be excluded because of the pendency of Defendant's

1  motion.

2  Dated: May 22, 2006

                                            Respectfully submitted,

                                            DANIEL BRODERICK
                                            Acting Federal Defender

                                            /s/ Linda Harter
                                            _____
                                            LINDA HARTER
                                            Chief Assistant Federal Defender
                                            Attorney for Defendant
                                            TIMOTHY TIPTON


10 Dated:  May 22, 2006                     MCGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ Matthew Segal
                                            _____
                                            MATTHEW SEGAL
                                            Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: May 22, 2006

                                            /s/ Lawrence K. Karlton
                                            LAWRENCE K. KARLTON
                                            Senior, U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28