DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY TIPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-0500 LKK |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| TIMOTHY TIPTON, | Date: July 14, 2006 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW SEGAL, Assistant United States Attorney, attorney for Plaintiff, and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, that the evidentiary hearing date of June 16, 2006 be vacated and reset for evidentiary hearing on July 14, 2006 at 9:30 a.m.

Defense counsel has been out of the district and is in the process of contacting her expert and setting up a time to review newly-received discovery and make a determination as to whether the expert's testimony will be required at the evidentiary hearing.

Time need not be excluded because of the pendency of Defendant's

motion.

Dated: June 12, 2006

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Linda Harter
                                      _____
                                      LINDA HARTER
                                      Chief Assistant Federal Defender
                                      Attorney for Defendant
                                      TIMOTHY TIPTON

Dated: June 12, 2006                    MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Matthew Segal
                                      _____
                                      MATTHEW SEGAL
                                      Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: June 14, 2006

                                      _____
                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT