MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 05-500 LKK |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO |
| v. | ) | CONTINUE EVIDENTIARY HEARING |
| | ) | ON DEFENDANT'S MOTION TO |
| | ) | SUPPRESS |
| TIMOTHY RAY TIPTON, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties stipulate and agree that the evidentiary hearing on the Defendant's Motion to Suppress should be continued from July 14, 2006 to August 4, 2006 at 10:00 a.m., and request that the Court order this continuance.  Time should continue to be

//
//
//
//
//
//
//
//
//

1

1  excluded as the Defendant's Motion to Suppress is filed and
2  unresolved.  18 U.S.C. § 3161(h)(1)(F).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATE: July 12, 2006       By:    /s/ Matt Segal
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney


DATE: July 12, 2006               /s/ Linda Harter
                                 LINDA HARTER
                                 Counsel for Timothy Tipton




**SO ORDERED.**


DATED: July 12, 2006        _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT