DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY R. TIPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-500 LKK |
| Plaintiff, | ) |
| | ) ORDER FOLLOWING HEARING |
| v. | ) |
| TIMOTHY R. TIPTON, | ) |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

This matter came before the Court for Evidentiary hearing on August 4, 2006 in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge.  The government was represented by its counsel, Assistant United States Attorney Matthew Segal.  Defendant Timothy R. Tipton was present, represented by Chief Assistant Federal Defender Linda Harter.

Following the evidentiary hearing the parties requested that this matter be set for a status conference on September 6, 2006 at 9:30 a.m.

The parties agreed on the need for additional time to allow time defense preparation.

1    IT IS ORDERED that this matter be continued to September 6, 2006
2 at 9:30 a.m. for a Status Conference.
3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(8)(B)
4 (iv) and Local Code T4, the period from August 4, 2006 to and including
5 September 6, 2006 is excluded from the time computations required by
6 the Speedy Trial Act due to ongoing preparation of counsel.
7 DATED: August 23, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT