DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TIMOTHY RAY TIPTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S 05-500 LKK |
| Plaintiff, | |
| v. | ORDER REGARDING RESTITUTION |
| TIMOTHY RAY TIPTON, | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

The defendant, TIMOTHY RAY TIPTON, was sentenced on December 5, 2006. (The Judgment and Commitment order was filed on December 13, 2006.) At sentencing, the parties agreed that the restitution amount was disputed and further agreed to set a briefing schedule to resolve that dispute. The defendant filed a brief objecting to the entire restitution amount. The government filed a brief in opposition arguing for restitution in the amount of $23,138.16. The Court heard argument on this issue on March 13, 2007 and ruled in the defendant's favor.

The Judgment signed on December 13, 2006 in this case contains an incorrect restitution amount. A new, amended Judgment should issue reflecting the Court's final ruling.

1    For these reasons, the Clerk's Office is directed to file an
2 amended Judgment which reduces the amount of Restitution ordered from
3 $23,138.16 to zero.  All other monetary penalties are to remain the
4 same.
5 IT IS SO ORDERED.
6 Dated:  March 26, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order Regarding Restitution          -2-